UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES NEELY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CV995 CEJ ) |
| CITY OF FERGUSON, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel defendant to answer interrogatories. Pursuant to Fed. R. Civ. P. 37(a)(2), a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." The motion does not include the requisite certification. As a result, it will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel is **DENIED**.

Dated this 16th day of November, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE