# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMES NEELY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:07CV995 CEJ |
| CITY OF FERGUSON, | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second motion to compel defendant to answer interrogatories.

Rule 37(a)(2) of the Federal Rules of Civil Procedure provides that a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." The local rules of this Court make clear that a motion that does not contain the required certification will not be considered. See E. D. Mo. L. R. 3.04(A)

The instant motion does not include a certification of plaintiff's good faith efforts to resolve the discovery dispute. Consequently, the motion will not be considered by the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2007.